UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| AWET EYOB, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case Number: ) 4:19-cv-00544-AKK-JHE |
| KEVIN K. MCALEENAN,[1] et al., | ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On May 22, 2019, the magistrate judge entered a Report and Recommendation, doc. 6, recommending that Respondents' motion to dismiss, doc. 5, be granted, and the petition for writ of habeas corpus be dismissed as moot. No objections have been filed. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of this court. The petition for writ of habeas corpus is due to be **DISMISSED** as moot. A separate order will be entered.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), respondent Kevin K. McAleenen, Acting Secretary of Homeland Security, is automatically substituted for Kirstjen Nielsen.

**DONE** the 17th day of June, 2019.

                                                  _____
                                                    **ABDUL K. KALLON**
                                            UNITED STATES DISTRICT JUDGE